AARON'S, INC.            *        NO. 2019-CA-0443

VERSUS               *        COURT OF APPEAL

NORMAN S. FOSTER,         *        FOURTH CIRCUIT
DIRECTOR OF FINANCE AND
EX-OFFICIO TAX            *        STATE OF LOUISIANA
COLLECTOR OF ORLEANS
PARISH; ERROL G.           *
WILLIAMS, ASSESSOR FOR
ORLEANS PARISH; AND THE     *
LOUISIANA TAX       * * * * * * *
COMMISSION

LEDET, J., CONCURS IN THE RESULT